UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ASHLEY M. o/b/o J.J., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-cv-242 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING, IN FULL, THE REPORT AND RECOMMENDATIONS (DOC. NO. 15); REMANDING THIS MATTER TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER CONSIDERATION; AND, TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This appeal of Defendant Commissioner's Social Security Income decision is currently before the Court on Magistrate Judge Peter B. Silvain, Jr.'s Report and Recommendations (Doc. No. 15). Therein, Magistrate Judge Silvain recommends, in pertinent part, that Plaintiff's Statement of Errors (Doc. No. 11) be sustained, Defendant's non-disability finding in the proceedings below be vacated, and this matter be remanded to the Social Security Administration for further consideration. (Doc. No. 15 at PageID 1228-29.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Silvain's Report and Recommendations have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendations (Doc. No. 15), in full.

It is therefore **ORDERED** that:

1. Plaintiff's Statement of Errors (Doc. No. 11) is hereby **SUSTAINED**;

2. Defendant Commissioner's non-disability finding in the administrative proceedings below is hereby **VACATED**;

3. This matter is hereby **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g), for further consideration[1]; and,

4. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, August 15, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

---

[1] Consistent with Magistrate Judge Silvain's recommendations, the Court expressly makes no finding as to whether minor Plaintiff J.J. was under a disability, as defined in the Social Security Act.